# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 15, 2019

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

    Re:  Timothy B. Fredrickson
          v. United States
          No. 18-9292
          (Your No. 18-3555; 18-3566)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 14, 2019 and placed on the docket May 15, 2019 as No. 18-9292.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst