# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 17, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re: Timothy B. Fredrickson
 v. United States
 No. 18-9292
 (Your No. 18-3555; 18-3566)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk